IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 17-CR-3018 |
| Plaintiff, | ) | **INFORMATION** |
| vs. | ) | |
| MICHAEL ROYSTER, | ) | Count 1<br>18 U.S.C. § 1014: False Statements to a Production Credit Association |
| Defendant. | ) | |

The United States Attorney charges:

## COUNT 1
### False Statements To A Production Credit Association

1. At all times relevant to this Information, defendant MICHAEL ROYSTER farmed land in or around Webster City, Iowa, with his son, Ma.R.

2. At all times relevant to this Information, FCSA was a production credit association.

3. Beginning no later than 2012, defendant and Ma.R. began borrowing money from Farm Credit Services of America (FCSA) to fund each year's farming operation.

4. In 2014, FCSA extended a line of credit of approximately $2 million to defendant and Agro Farms, Inc., defendant's corporate entity, and another line of credit of approximately $2 million to Ma.R. and Cropland Advantage, Inc., Ma.R.'s corporate entity.

5. In or about December 2014 and January 2015, defendant knowingly made false statements to FCSA for the purpose of influencing FCSA regarding the extension of credit for the 2015 year. Specifically, defendant knowingly gave FCSA the following fake contracts and documents purporting to show that his corporate entity and that of his son had more grain in storage than what the entities actually had in storage:

    a. A purported contract (number 65715) between Farmers Cooperative (FC) and Cropland Advantage showing FC had 120,467.66 bushels of Cropland Advantage corn in storage and had agreed to purchase that amount when, in fact, the real contract was for only 20,467.77 bushels of corn.

    b. A purported contract (number 65707) between FC and Agro Farms showing FC had 220,467.66 bushels of Agro Farms corn in storage and had agreed to purchase that amount when, in fact, the real contract was for only 20,467.77 bushels of corn.

    c. A purported contract (number 26253) between Innovative Ag Services (IAS) and Cropland Advantage, showing IAS had 123,262.83 bushels of Cropland Advantage corn in storage and agreed to purchase that amount when, in fact, the contract was for a prior year and pertained to 23,262.83 bushels of soybeans.

    d. A purported contract (26257) between IAS and Agro Farms showing IAS had 123,262.83 bushels Agro Farms corn in storage and agreed to purchase that amount when, in fact, the contract was for a prior year and pertained to 23,262.83 bushels of soybeans.

    e. A purported printout from FC's computer system showing FC held 14,588.79 bushels of Cropland Advantage soybeans in storage when, in fact, FC held 4,588.79 bushels in storage.

f. A purported printout from FC's computer system showing FC held 14,588.79 bushels of Agro Farms soybeans in storage when, in fact, FC held 4,588.79 bushels in storage

This was in violation of Title 18, United States Code, Section 1014.

SEAN R. BERRY
Acting United States Attorney

By: /s/ Jacob A. Schunk

JACOB A. SCHUNK
Assistant United States Attorney

3